# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | |
|---|---|
| BASSETT FURNITURE INDUSTRIES, INC., a Virginia Corporation, | ) ) ) |
| Plaintiff, | ) Civil Action No. 3:11-cv-01711-JFA ) |
| v. | ) ) |
| THE RUNAGER COMPANY, INC., a South Carolina Corporation, ELAINE RUNAGER, an individual, and B. PATTON RUNAGER, an individual, | ) ) **ORDER** ) ) ) |
| Defendants. | ) ) |

This matter comes before the court on Plaintiff's Motion for Entry of Default and Default Judgment against the Defendants. The Clerk of Court entered an entry of default as to all of the defendants on October 26, 2011.

This court hereby orders that default judgment be entered in accordance with this Order against Defendants The Runager Company, Inc., Elaine Runager, and B. Patton Runager. Plaintiff shall recover from the Defendants, on a joint and several basis, the sum of $749,160.19. Interest will accrue at the federal judgment rate from this date.

Plaintiff's counsel shall forthwith submit an affidavit regarding attorneys' fees.

IT IS SO ORDERED.

December 7, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge