IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| BASSETT FURNITURE INDUSTRIES, INC., ) | C/A No. 3:11-1711-JFA |
| Plaintiff, ) | |
| vs. ) | ORDER |
| THE RUNAGER COMPANY, INC.; ) a South Carolina Corporation, ELAINE ) RUNAGER, an individual, and ) B. PATTON RUNAGER, an individual, ) | |
| Defendants. ) | |

Upon the consideration of the Motion for Order Granting a Partial Release of Judgment, or in the Alternative, Dismissing Action as to Individual Defendants and good cause appearing,

IT IS HEREBY ORDERED:

1. The Motion is granted;

2. The Judgment entered in this case on December 7, 2011 is released as to Elaine Runager and B. Patton Runager only.

3. The Judgment remains in full force and effect with respect to all property of The Runager Company, Inc.

IT IS SO ORDERED.

July 27, 2015                               Joseph F. Anderson, Jr.
Columbia, South Carolina        United States District Judge